## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  July 31, 2014                    105701
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                                    MEMORANDUM AND ORDER

KEITH H. SMITH,
                    Appellant.
_____

Calendar Date:   June 9, 2014

Before:   Peters, P.J., Stein, Rose, Lynch and Clark, JJ.

_____


        G. Scott Walling, Queensbury, for appellant.

        J. Anthony Jordan, District Attorney, Fort Edward (Sara E. Fischer of counsel), for respondent.

_____


        Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered November 16, 2012, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

        Judgment affirmed.  No opinion.

        Peters, P.J., Stein, Rose, Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court